IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

LUCAS GORTON,

        Plaintiff,

v.

DENISON UNIVERSITY, *et al.*,

        Defendants.

Case No. 2:11-cv-1144
JUDGE SMITH
Magistrate Judge Preston Deavers

## ORDER

Pursuant to the joint motion to remand filed by Plaintiff and Defendants (Doc. 10), this matter is **REMANDED** to the Court of Common Pleas of Licking County, Ohio.

The Clerk shall remove this case from the Court's pending cases list.

**IT IS SO ORDERED.**

*s/ George C. Smith*
**GEORGE C. SMITH, JUDGE
UNITED STATES DISTRICT COURT**